# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAMARR ROWELL,

    Petitioner,

vs.

ROBERT LEGRAND,

    Respondent.

Case No. 3:14-cv-00498-RCJ-VPC

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. On the face of the petition petitioner indicates that he filed a previous federal habeas petition challenging this judgment of conviction, which was adjudicated on the merits (ECF #1-1 at 2; 3:10-cv-00044-RCJ-VPC). However, 28 U.S.C. § 2244(3)(A) provides: "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." The instant petition is a successive petition, which requires petitioner to seek and obtain leave of the Ninth Circuit Court of Appeals to pursue. *See* 28 U.S.C. § 2244(b)(3) et seq. Petitioner further indicates on the face of the petition that he has not obtained leave to file a successive petition from the Court of Appeals. Accordingly, the court shall dismiss this petition.

1  **IT IS THEREFORE ORDERED** that the Clerk shall detach and file the petition (ECF #1-1).

2  **IT IS FURTHER ORDERED** that the petition is **DISMISSED**.

3  **IT IS FURTHER ORDERED** that petitioner's application to proceed *in forma pauperis* (ECF
4  #1) and motion for appointment of counsel (ECF #2) are both **DENIED** as moot.

5  **IT IS FURTHER ORDERED** that, to the extent that it is required in this procedural context,
6  a certificate of appealability is **DENIED**.

7  Dated: This 19th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE